# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**JAVIER NAVARRO**

WARRANT FOR ARREST

Case Number: 04M-1014-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JAVIER NAVARRO**
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☒ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH (brief description of offense)

knowingly and intentionally conspiring between and among themselves and with others to possess with intent to distribute and to distribute a quantity of marijuana, a Schedule I controlled substance,

in violation of Title ___ United States Code, Section(s) 846 .

_____         US Magistrate Judge
Name of Issuing Officer                  Title of Issuing Officer

_____         March 11, 2004 at Boston, Massachusetts
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |