UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 FEB 22  P 1:09

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | Criminal No. 04-01014-JGD |
| ) | |
| 1.   JAVIER NAVARRO  ) | |

**DISMISSAL OF OF CRIMINAL COMPLAINT AS TO DEFENDANT 1**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the defendant JAVIER NAVARRO from the above-captioned criminal complaint which charges him with conspiracy to possess with intent to distribute, and to distribute, marijuana, in violation of 21 U.S.C. §846. In support of this dismissal, the government states that the defendant has not yet been arrested and is presumed to be a fugitive, that he is not reasonably expected to be located, and the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

_____
LAURA J. KAPLAN, Chief
Violent & Organized Crime Section


_____
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Leave to File Granted:

Judith Gay Dein  2/27/06
United States District Court